**U.S. BANKRUPTCY COURT**
**DISTRICT OF** GEORGIA
NORTHERN

In Re:                                            :     Case No. 20-40652-BEM

Debtor (s) JOHNATHAN RESE HOLLIS                  :     Chapter 7 (Judge ELLIS-MONRO )

Creditor (s                                       :     **MOTION FOR AUTHORITY TO REDEEM**
Address  FAMILY SAVINGS CREDIT UNION              :     **PERSONAL PROPERTY AND APPROVAL**
         342 Marietta Highway                            **OF ASSOCIATED FINANCING AND**
         Hiram GA 30141                           :     **ATTORNEY FEES UNDER 11 U.S.C. 722**

Now come (s) the Debtor (s) by and through counsel, and moves the court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

   Year 2013          Make Kia          Model Sorento

   VIN # 5XYKW4A20DG379922

2. The interest of the Debtor (s) in such property is exempt or has been abandoned by the estate and the debt (which is secured by said property to the extent of the allowed secured claim of the Creditor) is a dischargeable consumer debt.

3. The allowed secured claim of said Creditor for purposes of redemption, the "redemption value", should be determined to be not more than $ 6,071.00 as evidenced by the attached written appraisal.

4. Arrangements have been made by the Debtor (s) to pay to the said Creditor up to the aforesaid amount in a lump sum should this motion be granted.

5. The payment for this proposed redemption is to be financed through Prizm Financial Co. LLC, with all of the particulars of that financing (interest rate, finance charge, amount financed, total of payments, amount of payments, etc.) set forth in full detail in the attachment(s) hereto. As demonstrated there, the monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption. Moreover, the Debtor has agreed to borrow and disperse additional funds in the amount of $ 6,400.00 , from their loan with Prizm Financial Co. LLC, for representation of the debtor(s) in securing for the benefit of the debtor(s) an order granting the debtor(s) the right to redeem under 11 U.S.C. 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

**WHEREFORE,** the Debtor (s) request (s) the Court to order the said Creditor to accept from the Debtor (s) the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtor (s) requests the Court to determine the value of the property as of the time of the hearing on such objection.

                                                         Attorney for Debtor (s)

**NOTICE**
Notice is hereby given that unless an objection is made to this motion within 21 days following the date of service below, an order sustaining the motion may be granted by the Court.

**CERTIFICATE OF SERVICE**
I hereby certify that the foregoing has been served upon: the Creditor's above noted, the U.S. Trustee, and the Chapter 7 Trustee by mailing a copy hereof by first class U.S. Mail on this 17TH day of APRIL ,
20 20 .

                                                         Attorney for Debtor (s)

# U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

In Re: : Case No. 20-40652-BEM

Debtor (s) JOHNATHAN RESE HOLLIS : Chapter 7 (Judge ELLIS-MONRO )

:

**ORDER GRANTING REDEMPTION AND APPROVAL OF ASSOCIATED FINANCING AND ATTORNEY FEES.**

:

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

   Year 2013    Make Kia    Model Sorento

   VIN # 5XYKW4A20DG379922

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $ 6,071.00 .

**IT HEREBY ORDERED,**

1. That the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount.
2. Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.
3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.
4. In the event of the failure of the Creditor to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.
5. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

**SO ORDERED** this _____ day of APRIL _____, 20 ____ .

_____
Bankruptcy Judge

Copies to:
Creditor
U.S. Trustee
Chapter 7 Trustee

# U.S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

In Re:                                       :      Case No. **20-40652-BEM**

Debtor (s) **JOHNATHAN RESE HOLLIS**     :     Chapter 7 (Judge **ELLIS-MONRO**)

: 

**AGREED ORDER OF REDEMPTION**

:

Upon the motion of the Debtor (s) and agreement by the affected creditor signing below, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

    Year **2013**      Make **Kia**      Model **Sorento**

    VIN # **5XYKW4A20DG379922**

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtor (s) interest in such Property is exempt or has been abandoned by the estate.

3. The value of the secured claim of the Creditor for redemption purposes, the "redemption amount" is $ 6,071.00 .

**IT HEREBY ORDERED,** that the Debtor (s) may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order the redemption amount. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction. In the event of the failure of the Debtor (s) to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

**SO ORDERED** this _____ day of **APRIL** , 20____.

_____
Bankruptcy Judge

Agreed:

_____
Creditor or its Attorney

_____
Attorney for Debtor (s)

Copies to:

U.S. Trustee
Chapter 7 Trustee